IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CONNOR MIRABELLA, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 15-1162 |
| WILLIAM PENN CHARTER SCHOOL, et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 20th day of March, 2017, upon consideration of "Plaintiffs' Motion for Partial Summary Judgment" (Doc. No. 66) and "The William Penn Charter School Defendants' Motion for Partial Summary Judgment" (Doc. No. 64), and the responses and replies thereto, it is hereby **ORDERED** that:

− "Plaintiffs' Motion for Partial Summary Judgment" (Doc. No. 66) is **DENIED**.

− "The William Penn Charter School Defendants' Motion for Partial Summary Judgment" (Doc. No. 64) is **GRANTED**.

− The Americans with Disabilities Act claim is **DISMISSED** for lack of standing and mootness.

− The breach of contract and negligent infliction of emotional distress claims are **DISMISSED** without prejudice.

− The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**